IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-00264-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**BERNARD LOUIS PENA,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    A Supervised Release Violation Hearing is set for **March 24, 2011 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  February 24, 2011