IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-00264-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**BERNARD LOUIS PENA,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Supervised Release Revocation Hearing set for March 24, 2011 is **VACATED AND RESET** for **April 14, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  March 17, 2011