IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-00264-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**BERNARD LOUIS PENA,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      A Supervised Release Revocation Hearing set for **January 6, 2012 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  November 16, 2011